IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-00093-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WILLIAM KIRK JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's unopposed Motion to Seal Defendant's Motion for Downward Variance and Sentencing Memorandum [DE-36]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed documents, the Motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE-35 and all exhibits attached thereto until further order of the court until further order of the court.

SO ORDERED this 8th day of October, 2021.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE